IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COREY C. GRAY,** | CIV S-05-2611 DFL DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **JERRY CARDOZA, et al.,** | |
| Defendants. | |

Defendant's first request for judicial screening and an extension of time to file her response to plaintiff's complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that defendant Woodford need not file a responsive pleading to the complaint until further notice from this Court.

DATED: January 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gray2611.eot