IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY COLEMAN GRAY,

    Plaintiff,                                        No. CIV S-05-2611 DFL DAD P

    vs.

JERRY CARDOZA, et al.,

    Defendants.                                   ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil action which was removed from state court pursuant to 28 U.S.C. § 1441(a). On June 27, 2006, the court dismissed plaintiff's complaint and granted him leave to file an amended complaint within thirty days. On July 26, 2006, plaintiff filed a document styled, "Motion For Enlargement of Time or Stay . . . Pending Release From Imprisonment." Therein, plaintiff explains that he needs additional time to serve more defendants and that pursuant to California Government Code §§ 900 to 945.5, he requests a stay of the proceedings until he is released from jail or prison. The court will grant plaintiff's request for an extension of time. However, the court will deny plaintiff's request for a stay. Plaintiff is also advised that he should not attempt to serve the defendants with a summons and his amended complaint until the court has screened the amended complaint. See 28 U.S.C. § 1915A(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 26, 2006 motion for enlargement of time is granted;

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, the Local Rules of Practice, and the court's June 27, 2006 order; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must use the form complaint that was provided by the court and serve a copy on defendant's counsel; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed;

3. Plaintiff's July 26, 2006 motion for a stay is denied

DATED: August 21, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
gray2611.eot+