IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY COLEMAN GRAY,

      Plaintiff,                      No. CIV S-05-2611 DFL DAD P

    vs.

JERRY CARDOZA, et al.,

      Defendants.               ORDER

_____/

        On January 13, 2006, plaintiff filed a document styled, "Objections to the Order of Jan. 4, 2006 of Judge Magistrate Dale A. Drozd," which is construed as a request for reconsideration of the magistrate judge's order filed January 4, 2006, ordering defendant Woodford not to file a responsive pleading until further notice from the court. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 5, 2006, is affirmed.

DATED: 9/28/2006

_____
DAVID F. LEVI
United States District Judge