IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY COLEMAN GRAY,

      Plaintiff,　　　　　　　　　　No. CIV S-05-2611 DFL DAD P

  vs.

JERRY CARDOZA, et al.,

      Defendants.　　　　　　　　　<u>ORDER</u>

_____/

      On July 5, 2006, plaintiff filed a document styled, "Objections," which the court construes as a request for reconsideration of the magistrate judge's order filed June 27, 2006, determining that this action was properly removed pursuant to 28 U.S.C. § 1441(a), dismissing the complaint and ordering plaintiff to file an amended complaint, denying appointment of counsel, and disregarding certain documents filed by plaintiff. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 27, 2006, is affirmed.

DATED: 9/28/2006

_____
DAVID F. LEVI
United States District Judge