IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY COLEMAN GRAY,

    Plaintiff,                      No. CIV S-05-2611 DFL DAD P

    vs.

JERRY CARDOZA, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil action which has been removed from state court by defendant Woodford. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 27, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.[1]

/////

---

[1] On July 5, 2006, plaintiff filed a document styled, "Objections;" however, plaintiff does not dispute the findings and recommendations pertaining to his motion for preliminary injunction and motion for a temporary restraining order.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 ORDERED that:
4  1. The findings and recommendations filed June 27, 2006 are adopted in full; and
5  2. Plaintiff's January 30, 2006 motion for a preliminary injunction and March 14,
6 2006 motion for a temporary restraining order are denied.
7 DATED: 9/28/2006

_____
DAVID F. LEVI
United States District Judge