IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COREY COLEMAN GRAY,

      Plaintiff,                    No. CIV S-05-2611 DFL DAD P

    vs.

JERRY CARDOZA, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. On June 27, 2006, plaintiff's complaint was dismissed and leave was granted for plaintiff to file an amended complaint. On October 3, 2006, the court filed findings and recommendations recommending that this action be dismissed due to plaintiff's failure to file an amended complaint. Plaintiff has filed objections to the findings and recommendations and a request for an extension of time to file his amended complaint. The court will vacate the findings and recommendations and provide plaintiff with additional time to file his amended complaint as set forth in the court's order of June 27, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The October 3, 2006 findings and recommendations are hereby vacated;

        2. Plaintiff's October 4, 2006 motion for an extension of time is granted; and

/////

1

3. Plaintiff is granted thirty days from the date of this order in which to file and serve his amended complaint. Defendants shall not file their response until further order by the court.

DATED: October 11, 2006.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
gray2611.vac