IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COREY COLEMAN GRAY, | | |
| | Plaintiff, | No. CIV S-05-2611 DFL DAD P |
| vs. | | |
| JERRY CARDOZA, et al., | | |
| | Defendants. | ORDER |
| _____/ | | |

       Plaintiff has filed his fourth request for an extension of time to file and serve an amended complaint pursuant to the court's order of June 27, 2006. In light of plaintiff's recent transfer to San Quentin State Prison, the court will grant plaintiff a final extension of time to file his amended complaint. Plaintiff is cautioned that no further extensions will be granted and that any failure to comply with this order will result in a recommendation that this action be dismissed.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 29, 2006 request for an extension of time is granted; and

/////

/////

/////

1

2. Plaintiff shall file and serve his amended complaint within thirty days from the service of this order. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: December 7, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
gray2611.36sec